THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THEODORE THOMPSON, Defendant-Appellant.

(No. 57319; )

First District (3rd Division)—June 7, 1973.

PER CURIAM.

McGLOON, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks and Thaddeus L. Kowalski, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Robert Stroka, and Ronald F. Neville, Assistant State's Attorneys, of counsel,) for the People.